# STATE FARM EXHIBIT A

**34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST BERNARD**

**STATE OF LOUISIANA**

No. 115 301

DIVISION "___"

**SHELLY SANSONE**

-VERSUS-

**STATE FARM FIRE AND CASUALTY COMPANY**

FILED: JAN 1 5 2010   2:52 PM

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff SHELLY SANSONE, for her Petition for Damages respectfully state as follows:

1.

Plaintiff is a person of full age and majority domiciled in St. Bernard Parish, Louisiana and owner of a residence in St. Bernard Parish located at 415 Doerr Drive, Arabi, Louisiana.

2.

Defendant State Farm Fire and Casualty Company (hereinafter "State Farm") is a foreign insurance company authorized to do business in St. Bernard Parish, Louisiana.

3.

Venue is proper in this Court pursuant to articles 74, 76 and 76.1 of the Louisiana Code of Civil Procedure.

4.

Plaintiff purchased a homeowners insurance policy from Defendant, providing coverage for, among other things, her dwelling, dwelling

extensions, personal property and loss of use of the property.

5.

Defendant issued Plaintiff a renewal policy number 18-GC-0478-5 F for the period of August 20, 2008 to August 20, 2009 and again renewed this policy from August 20, 2009 until August 20, 2010.

6.

The policy issued to Plaintiff by Defendant State Farm provided coverage for the dwelling in the amount of $217,000, for dwelling extensions in the amount of $21,710, for loss of personal property in the amount of $162,825 and loss of use in the amount of the actual loss.

7.

On or about April of 2007 Plaintiff received drywall from her neighbors, Patricia and Glenn Bourgeois, that was left over from the construction of their home.

8.

Unbeknownst to Plaintiff, the drywall was contaminated and defective at the time of receipt.

9.

On or about April of 2007 Patricia and Glenn Bourgeois purchased Chinese Drywall from Bradford Lumber which was located at 200 C Wright Ave in Gretna, Louisiana.

10.

Unbeknownst to Patricia and Glenn Bourgeois, the drywall was contaminated and defective at the time of purchase.

11.

On or about April of 2007 the Plaintiff installed the drywall in her home.

12.

Also unbeknownst to Plaintiff, the drywall was contaminated and defective at the time it was installed in the premises for which the defendant herein provided insurance coverage.

13.

In the Spring of 2009, Plaintiff discovered that her home was constructed using Chinese manufactured drywall, which emits odorous gases that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items.

14.

The contaminated Chinese drywall also causes physical injuries to those who inhaled such noxious gases, including Plaintiff and her family.

15.

The Chinese drywall which caused and continues to cause physical loss and damage to Plaintiff and her family in the form of, but not limited to nose bleeds, headaches, respiratory problems, necessitating complete replacement of the drywall in the entire home.

16.

Plaintiff's policy issued by Defendant is an all-risk policy, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies.

17.

On October 19, 2009, Plaintiff, through undersigned counsel, provided notice of Plaintiff's claim relating to the presence of Chinese drywall in Plaintiffs' home to Defendant.

18.

As of the date of filing this petition, no response has yet been made by Defendant State Farm.

19.

Plaintiff further provided notice to Defendant of her intent to perform interim remediation repairs by having the Chinese drywall and any other damaged or destroyed components removed.

20.

Plaintiff has complied with all of their obligations under the policy.

21.

A valid contract of insurance exists between Plaintiff and Defendant providing coverage for the loss and damage caused by the Chinese drywall.

22.

Plaintiff has paid all premiums due under her policy of insurance with Defendant and has materially performed her obligations under the policy.

23.

The damage and loss sustained by Plaintiff was caused by the presence of contaminated Chinese drywall in Plaintiffs' home; yet, Defendant has failed to meet its obligations under the policy of insurance and has failed and/or denied Plaintiff's claim and has refused to cover the

loss sustained by Plaintiffs.

24.

Plaintiff has thus far been deprived of the benefit of insurance coverage for which the Defendant was paid substantial premiums, and accordingly, Plaintiff has suffered and will suffer substantial economic damage as a direct and proximate result of the breach by Defendant, particularly associated with her remediation efforts.

25.

Defendant breached its duty of good faith and fair dealing that it owes to Plaintiff in failing to pay Plaintiff's claim.

26.

Defendant misrepresented the policy provisions, including the exclusions, in denying Plaintiff's claim under the policy.

27.

Defendant violated La. R.S. 22:1973 and La. R.S. 22:1892 by failing to properly adjust and pay Plaintiff's claim.

28.

Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff SHELLY SANSONE respectfully prays that her Petition for Damages be deemed good and sufficient, and that Defendant STATE FARM FIRE AND CASUALTY COMPANY be duly served and cited with a copy of this Petition for Damages and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff, SHELLY SANSONE, and against

Defendant STATE FARM FIRE AND CASUALTY COMPANY, in an amount that is reasonable under the premises, together with all costs of these proceedings, for all statutory penalties and attorney fees, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

Respectfully submitted,

_____
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorneys for Petitioner
Shelly Sansone
300 Lafayette Street, Suite 101
New Orleans, LA  70130
Telephone:  (504) 522-3456
Facsimile:   (504) 522-3888
gregorydileo@gmail.com

AND

**KANNER & WHITELEY, L.L.C.**
Attorneys for Petitioner
Shelly Sansone
Allan Kanner – (La. #20580)
a.kanner@kanner-law.com
Cynthia St. Amant – (La. #24439)
c.stamant@kanner-law.com
Melissa M. Fuselier – (La. #31163)
m.fuselier@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile:  (504) 524-5763

**PLEASE SERVE**:

STATE FARM FIRE AND CASUALTY COMPANY
Through its registered agent
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809



Jay Dardenne | About our Office | News Releases | A-Z Index | Site Support | Search

- Archives
- Commercial
  - Corporations
  - Administrative Services
    - Service of Process Information
    - Service of Process Database
    - Frequently Asked Questions
  - GeauxBiz.com
  - Uniform Commercial Code
  - Department Contacts
- Commissions
- Elections
- Museums
- Notary
- Publications
- Other Services

Home ▸ Commercial ▸ Administrative Services ▸ Service of Process Database

### Suit Details
| | |
|---|---|
| Entity Name: | STATE FARM FIRE & CASUALTY COMPANY |
| Contact: | STATE FARM INSURANCE COMPANIES |
| Address: | KEVIN BARRAS |
| | 2370 TOWNE CENTER BLVD. |
| City, State, Zip: | BATON ROUGE , LA 70806 |

### Status Details
| | |
|---|---|
| Suit Number: | 115301 |
| Suit Status: | Complete |
| Date Received: | 1/29/2010 |
| Date Mailed: | 2/1/2010 |
| Certified Mail Receipt: | 70090080000102108754 |

### Court Details
| | |
|---|---|
| Court Name: | 34TH JUDICIAL DISTRICT COURT |
| Court Location: | SAINT BERNARD PARISH |
| Plaintiff: | SHELLY SANSONE |
| Defendant: | STATE FARM FIRE AND CASUALTY CO |

[ New Search ]

